■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES N. JONES, Appellant. [929 NYS2d 910]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.